UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA,  )
                           )
      Plaintiff,           )
                           )
v.                         )   Case No. CR108-177
                           )
STEVEN ALLEN FIAMENGO,     )
                           )
      Defendant.           )

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses Case No. CR108-177 against the above-captioned defendant without prejudice. Dismissal is recommended because, at the Initial Appearance and Arraignment of the defendant in Case No. CR109-018 on February 24, 2009, the Magistrate Judge accepted the defendant's plea of guilty on two related charges, and dismissal is in compliance with the terms of the plea agreement in that case.

EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

**s/Meghan O'Sullivan, Esq.**
Attorney Bar Number: NJ 03010-2005
Attorney for the Government
Office of the Staff Judge Advocate
419 B Street, Building 29718
Fort Gordon, GA 30905-5280
Telephone: (706) 791-1254
E-Mail: meghan.osullivan1@conus.army.mil

Leave of court is granted for the filing of the foregoing dismissal.

Dated: 3-2-09

W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA